FILED
JAN 20 2006
CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CR. NO. 1:06CR 011-F |
| v. ) | [18 USC 922(g)(1)] |
| ) | |
| TED DEWAYNE STEPHENS ) | |
| ) | INDICTMENT |

The Grand Jury charges:

## COUNT 1

On or about the 9th day of May, 2005, in Dothan, Alabama, within the Middle District of Alabama,

TED DEWAYNE STEPHENS,

defendant herein, having been convicted of Unlawful Possession of Controlled Substance in the Circuit Court of Houston County, Alabama, Case Number CC 95 001048 00, a felony offense for which he was sentenced to serve fifteen years in the penitentiary of the State of Alabama, on April 25, 1996, did knowingly possess, in and affecting commerce, a firearm, to wit: a Smith & Wesson, Model 60, .38 caliber revolver, serial number R107221, loaded with five rounds of .38 caliber ammunition, all in violation of Title 18, United States code, Section 922(g)(1).

## COUNT 2

On or about the 6th day of August, 2005, in Dothan, Alabama, within the Middle District of Alabama,

TED DEWAYNE STEPHENS,

defendant herein, having been convicted of Unlawful Possession of Controlled Substance in the

Circuit Court of Houston County, Alabama, Case Number CC 95 001048 00, a felony offense for which he was sentenced to serve fifteen years in the penitentiary of the State of Alabama, on April 25, 1996, did knowingly possess, in and affecting commerce, a firearm, to wit: a Charter Arms, Model Undercover, .38 caliber revolver, serial number obliterated, all in violation of Title 18, United States code, Section 922(g)(1).

## COUNT 3

On or about the 23rd day of November, 2005, in Dothan, Alabama, within the Middle District of Alabama,

TED DEWAYNE STEPHENS,

defendant herein, having been convicted of Unlawful Possession of Controlled Substance in the Circuit Court of Houston County, Alabama, Case Number CC 95 001048 00, a felony offense for which he was sentenced to serve fifteen years in the penitentiary of the State of Alabama, on April 25, 1996, did knowingly possess, in and affecting commerce, a firearm, to wit: a Charter Arms, Model Undercover, .38 caliber revolver, serial number 886320, all in violation of Title 18, United States code, Section 922(g)(1).

A TRUE BILL:

_____
Foreperson

_____
LEURA GARRETT CANARY
UNITED STATES ATTORNEY

_____
Kent B. Brunson
Assistant United States Attorney

2