

# Memorandum

| Subject | Date |
|---|---|
| Issuance of Arrest Warrant and Limits of Punishment - TED DEWAYNE STEPHENS SENTENCING GUIDELINES CASE | January 18, 2006 |
| To<br><br>Debra P. Hackett, Clerk<br>U.S. District Court<br>Middle District of Alabama | From<br>KB/B<br>Kent B. Brunson<br>Assistant U.S. Attorney |

Please issue an arrest warrant for the following person who is to be indicted at the January 18, 2006, Grand Jury:

Ted Dewayne Stephens

LIMITS OF PUNISHMENT
Cts. 1 - 3:
NMT $250,000 or twice gross
loss to victim or twice gross gain
to defendant, whichever is greatest;
NMT 10Y, or both;
NMT 3Y SUP REL;
$100 AF;
VWPA.

Estimated trial time: 1 day