AO 442    (Rev. 10/03)  Warrant for Arrest

# UNITED STATES DISTRICT COURT

__MIDDLE__ _____ District of _____ ALABAMA

UNITED STATES OF AMERICA

V.

TED DEWAYNE STEPHENS

## WARRANT FOR ARREST

Case Number:  1:06CR011-F

To: The United States Marshal
    and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ TED DEWAYNE STEPHENS _____

Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

X Indictment    ☐ Information    ☐ Complaint    ☐ Order of court    ☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice

charging him or her with    (brief description of offense)

Unlawful Transport of Firearms, etc.

in violation of Title _____18_____ United States Code, Section(s) _____ 922(g)(1) _____

DEBRA P. HACKETT
Name of Issuing Officer

CLERK OF COURT
Title of Issuing Officer

Signature of Issuing Officer

1/25/06 MONTGOMERY, AL.
Date and Location

| RETURN | | | |
|---|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at | | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER | |
| DATE OF ARREST | | | |