IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 1:06-cr-11-F |
| | ) | |
| TED DEWAYNE STEPHENS | ) | |

O R D E R

    Upon consideration of the motion for writ of habeas corpus ad prosequendum (Doc. # 4), filed February 6, 2006, and for good cause shown, the Court is of the opinion that said motion should be and the same is hereby granted. It is, therefore, ORDERED that the Clerk of this Court be and is hereby DIRECTED to issue a WRIT of HABEAS CORPUS AD PROSEQUENDUM addressed to Houston County Jail, Dothan, Alabama, commanding them to deliver the said Ted Dewayne Stephens to any United States Marshal or Deputy United States Marshal and directing said Marshal or Deputy to bring said prisoner before this Court to be held at Montgomery, Alabama, on March 15, 2006, at 10:00 a.m. and to return said prisoner to said official when the Court shall have finished with him.

    Done, this 6th day of February, 2006.

                                                 /s/ Susan Russ Walker
                                                 SUSAN RUSS WALKER
                                                 UNITED STATES MAGISTRATE JUDGE