IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | Case No.: 1:06cr11-MEF |
| ) | |
| **TED DEWAYNE STEPHENS** ) | |

### MOTION TO WITHDRAW AS COUNSEL OF RECORD
### AND FOR APPOINTMENT OF CJA PANEL ATTORNEY

**COMES NOW** the undersigned counsel, Jennifer A. Hart, and files this Motion to Withdraw as Counsel of Record and for Appointment of a CJA Panel Attorney on behalf of Defendant Ted Dewayne Stephens. In support of this Motion, counsel states the following:

1. On March 8, 2006, the Federal Defender Office was appointed to represent Mr. Stephens with respect to the criminal charges he faces in the above-styled case. The case was then assigned to undersigned counsel, Jennifer A. Hart.

2. During an interview with her client, undersigned counsel discovered that a conflict exists between attorney and client which requires counsel to withdraw from further representation of Mr. Stephens. This matter has been discussed with Mr. Stephens and he understands the ramifications of the conflict and agrees that undersigned counsel cannot continue to represent him. Undersigned counsel will provide additional information under seal if the Court so requests.

3. Undersigned counsel requests that on behalf of Mr. Stephens CJA panel attorney Jim Cooper be appointed to represent him in all further proceedings in this case. Mr. Stephens will not be prejudiced by such a change in counsel at this time.

WHEREFORE, undersigned counsel prays that the office of the Federal Defender be permitted to withdraw from the representation of Mr. Stephens and that Jim Cooper be appointed

to represent him.

    Dated this 17th day of March 2006.

                                      Respectfully submitted,

                                      s/Jennifer A. Hart
                                      **JENNIFER A. HART**
                                      FEDERAL DEFENDERS
                                      MIDDLE DISTRICT OF ALABAMA
                                      201 Monroe Street, Suite 407
                                      Montgomery, AL 36104
                                      Phone: (334) 834-2099
                                      Fax: (334) 834-0353
                                      jennifer_hart@fd.org
                                      AL Bar Code: HAR189

**CERTIFICATE OF SERVICE**

    I hereby certify that on March 17, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Kent Brunson.

                      Respectfully submitted,

                      s/Jennifer A. Hart
                      **JENNIFER A. HART**
                      FEDERAL DEFENDERS
                      MIDDLE DISTRICT OF ALABAMA
                      201 Monroe Street, Suite 407
                      Montgomery, AL 36104
                      Phone: (334) 834-2099
                      Fax: (334) 834-0353
                      jennifer_hart@fd.org
                      AL Bar Code: HAR189