IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 1:06cr011-MEF |
| | ) | WO |
| TED DEWAYNE STEPHENS | ) | |

**ORDER ON MOTION**

Upon consideration of the Federal Defender's motion to withdraw (Doc. # 13), filed March 17, 2006, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED.  Accordingly, it is

ORDERED that CJA panel attorney Jim Cooper be appointed to represent the defendant for all further proceedings.  The CJA panel attorney shall file a written notice of appearance with this Court.

Done, this 20th day of March, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE