IN THE UNITED STATES FEDERAL DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | CR. NO. 1:06cr11-MEF |
| | * | |
| TED DEWAYNE STEPHENS | * | |
| Defendants. | * | |

### NOTICE OF APPEARANCE

COMES, James R. Cooper, Jr. who gives notice that he represents Ted Stephens.

RESPECTFULLY SUBMITTED,

_____
s/James R. Cooper, Jr. (COO021)
COOPER & COOPER
Attorney for Defendant
312 Scott Street
Montgomery, AL 36104
(334) 262-4887

### CERTIFICATE OF SERVICE

I hereby certify that on this the 21th day of March, 2005, I have served a copy of the foregoing **Notice of Appearance** upon Mr. Kent Brunson, Asst. U.S. Attorney, P.O. Box 197, Montgomery, Alabama 36101 and by electronic case filing, by placing a copy of same in the United States Mail properly addressed and postage prepaid.

_____
s/James R. Cooper, Jr.

cc:
Ms. Valarie Howard
3643 Southmont Drive, Apt 19
Montgomery, Al 36105