IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA          )
                                  )
        v.                        )        CR. NO. 1:06cr011-MEF
                                  )
TED DEWAYNE STEPHENS              )

## ORDER

Upon consideration of defendant's motion to suppress (Doc. # 16), filed March 28,

2006, and for good cause, it is

ORDERED that the motion be and hereby is set for hearing on April 13, 2006 at 9:00

a.m. in courtroom 5-B, Frank M. Johnson, Jr. United States Courthouse Complex, One

Church Street, Montgomery, Alabama.

If the defendant is in custody, the United States Marshal or the person having custody

of the defendant shall produce the defendant for this proceeding.

DONE, this 30th day of March, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE