**COURTROOM DEPUTY'S MINUTES**                    **DATE: April 3, 2006**

**MIDDLE DISTRICT OF ALABAMA**                    **Digital Recording: 3:13 - 3:15**

## PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE. Susan Russ Walker**          **DEPUTY CLERK: Joyce Taylor**

**CASE NUMBER: 1:06cr11-MEF**          **DEFENDANT(S) Ted Dewayne Stephens**

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| | * | |
| Tommie Hardwick standing in for Kent Brunson | * | Jim Cooper |
| | * | |
| | * | |
| | * | |

❒ **DISCOVERY STATUS:**
    No problems with discovery


❒ **PENDING MOTION STATUS:**
    Defendant's motion to suppress set for hearing on April 13, 2006


❒ **PLEA STATUS:**
    No plea discussions at this time
    Notice of intent to change plea to be filed on or before noon May 24, 2006


❒ **TRIAL STATUS**
    Trial time - 2 days


❒ **REMARKS:**