## MINUTES

### IN THE UNITED STATES DISTRICT COURT FOR THE
### MIDDLE DISTRICT OF ALABAMA, SOUTHERN, DIVISION

HON. SUSAN RUSS WALKER, MAG JUDGE          AT MONTGOMERY, ALABAMA

DATE COMMENCED:     APRIL 13, 2006                9:35 a.m.

DATE COMPLETED:     APRIL 13, 2006                11:05 a.m.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| vs | * | 1:06cr11-MEF |
| TED DEWAYNE STEPHENS | * | |

| GOVERNMENT | APPEARANCES: | DEFENDANT |
|---|---|---|
| Todd Brown standing in for Kent Brunson | * | James Cooper |

### COURT OFFICIALS PRESENT:

Joyce Taylor, Courtroom Deputy                Mitchell Reisner, Court Reporter

### PROCEEDINGS:

### HEARING ON DEFENDANT'S MOTION TO SUPPRESS (DOC #16)

| | |
|---|---|
| 9:35 a.m. | Court convenes. |
| | Testimony begins.  Government's direct examination. (Eggleston) |
| 9:42 a.m. | Court's questions to witness. (Eggleston) |
| 9:44 a.m. | Mr. Cooper's cross examination. (Eggleston) |
| 9:55 a.m. | Mr. Cooper moves to admit exhibit 1.  Court admits defendant's exhibit 1. |
| | Mr. Cooper's cross examination resumes. (Eggleston) |
| 9:59 a.m. | Court's questions to witness. (Eggleston) |
| 10:00 a.m. | Government's direct examination. (Malloy) |
| 10:13 a.m. | Mr. Cooper's cross examination. (Malloy) |
| 10:27 a.m. | Government's re-direct examination. (Malloy) |
| 10:30 a.m. - 10:46 | BREAK |
| 10:46 a.m. | Government's direct examination. (Thompson) |
| 11:02 a.m. | Mr. Cooper's cross examination. (Thompson) |
| 11:05 a.m. | Government rests. |
| | Defendant rests. |
| | Court state no briefing schedule is necessary. |
| 11:05 a.m. | Court recessed |