IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

UNITED STATES OF AMERICA        *
       *
VS.        *      1:06cr11-MEF
       *
TED DEWAYNE STEPHENS        *

## WITNESS LIST

| GOVERNMENT | DEFENDANT |
|---|---|

1. Maurice Eggleston

2. Sean Malloy

3. WilliamThompson