AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

| MIDDLE | DISTRICT OF | ALABAMA |
|---|---|---|

| UNITED STATES OF AMERICA | **DEFENDANT'S EXHIBIT LIST** |
|---|---|
| V. | |
| TED DEWAYNE STEPHENS | Case Number:  1:06cr11-MEF |

| PRESIDING JUDGE | GOVERNMENT'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| SUSAN RUSS WALKER | TODD BROWN | JAMES COOPER |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| APRIL 13, 2006 | MITCHELL REISNER | JOYCE TAYLOR |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  | 1 | 4/13/06 |  | Yes | Dothan Police Department Offense Report dated May 17, 2005 |
|  | 2 | 4/13/06 |  | Yes | Dothan Police Department Offense Report dated August 11, 2005 |
|  | 3 | 4/13/06 |  | Yes | Dothan Police Department Offense Report dated November 29, 2005 |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  | EXHIBIT IN SEPARATE ENVELOPE WITH COURT FILE |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.