**COURTROOM DEPUTY'S MINUTES**                    **DATE: May 15, 2006**

**MIDDLE DISTRICT OF ALABAMA**                    **Digital Recording: 3:18 - 3:20**

<u>**PRETRIAL CONFERENCE**</u>

**PRESIDING MAG. JUDGE. Susan Russ Walker**      **DEPUTY CLERK: Joyce Taylor**

**CASE NUMBER: 1:06cr011-MEF**      **DEFENDANT(S)   Ted Dewayne Stephens**

| GOVERNMENT | <u>APPEARANCES</u> | DEFENDANT |
|---|---|---|
| | * | |
| Kent Brunson | * | No Appearance |
| | * | |
| | * | |
| | * | |

❏ **DISCOVERY STATUS:**
        **Completed**

❏ **PENDING MOTION STATUS:**
        **Motion to suppress pending - Recommendation issued May 4, 2006**

❏ **PLEA STATUS:**
        **Government states there have been no discussions with defense counsel regarding plea**

❏ **TRIAL STATUS**
        **Trial time 1 - 1½ days**

❏ **REMARKS:**
        **Defense counsel Jim Cooper was not present at pretrial conference.**