IN THE UNITED STATES FEDERAL DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | CR. NO. 1:06cr11-MEF |
| | * | |
| TED DEWAYNE STEPHENS | * | |
| Defendants. | * | |

## NOTICE OF INTENT TO CHANGE PLEA

COMES, James R. Cooper, Jr. who on behalf of his client Ted Stephens, does notify this Court that Mr. Stephens intends to change his plea from Not Guilty to Guilty and further states as follows:

1. The government and Mr. Stephens have this morning entered into a plea agreement.

RESPECTFULLY SUBMITTED,

S\ James R. Cooper, Jr.
James R. Cooper, Jr.  (COO021)
COOPER & COOPER
312 Scott Street
Montgomery, Alabama 36104
(334) 262-4887
(334) 262-4880 (Facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that on this the 22nd day of May, 2006 , I have served a copy of the foregoing Notice of Intent to Change Plea  Upon Mr. Brunson, AUSA , at the last known address of: P.O. Box 197, Montgomery, Al  By placing a copy of the same in the United States Mail properly addressed and postage prepaid and electronically.

                                              <u>S/James R. Cooper, Jr.</u>
                                              JAMES R. COOPER, JR.

Cc:
Ted Stephens
Montgomery City Jail