IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CASE NO. 1:06-cr-011-MEF |
| | ) |
| TED DEWAYNE STEPHENS | ) |

# **O R D E R**

There being no objections filed to the Recommendation of the Magistrate Judge filed herein on May 4, 2006 (Doc. #23), said Recommendation is hereby adopted and it is the

ORDER, JUDGMENT and DECREE of the court that defendant's motion to suppress (Doc. #16) is DENIED

DONE this the 18th day of July, 2006.

                                              /s/ Mark E. Fuller
                                   CHIEF UNITED STATES DISTRICT JUDGE