IN THE UNITED STATES FEDERAL DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff, | *<br>*<br>* | |
| vs. | *<br>* | CR. NO. 1:06cr11-MEF |
| TED DEWAYNE STEPHENS<br>    Defendants. | *<br>* | |

## MOTION TO CONTINUE SENTENCING

    COMES, James R. Cooper, Jr. who on behalf of his client Ted Stephens, does move this Court to continue the Sentencing of Mr. Stephens from August 16, 2006 to a later date and states as follows:

1. Mr. Stephens has certain information that may be of great value to the government. He has indicated a willingness to cooperate with the government concerning this information.

2. The government has indicated that it would very much like to interview Mr. Stephens but there is not sufficient time to do so, evaluate that information, verify same and then act upon it before sentencing.

3. Mr. Cooper and Mr. Brunson has this day discussed this matter. The government does not oppose an continuance for the purpose of allowing it sufficient time to interview the defendant.

    Wherefore the defendant requests the following relief:

1. That the sentencing be continued to a later date. All other appropriate relief.

                                                                                              RESPECTFULLY SUBMITTED,

                s/ James R. Cooper, Jr.
                James R. Cooper, Jr.  (COO021)
                COOPER & COOPER
                312 Scott Street
                Montgomery, Alabama 36104
                (334) 262-4887
                (334) 262-4880 (Facsimile)

### **CERTIFICATE OF SERVICE**

     I hereby certify that on this the 9nd day of August, 2006 , I have served a copy of the foregoing Motion to Continue  Upon Mr. Brunson, AUSA  , at the last known address of: P.O. Box 197, Montgomery, Al  By placing a copy of the same in the United States Mail properly addressed and postage prepaid and electronically.


                s/James R. Cooper, Jr.
                JAMES R. COOPER, JR.

Cc:
Ted Stephens
Montgomery City Jail