IN THE UNITED STATES FEDERAL DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,       * | |
|     Plaintiff,       * | |
|            * | |
| vs.       * | CR. NO. 1:06cr11-MEF |
|            * | |
| TED DEWAYNE STEPHENS       * | |
|     Defendants.       * | |

## MOTION TO CONTINUE SENTENCING

COMES, James R. Cooper, Jr. who on behalf of his client Ted Stephens, does move this Court to continue the Sentencing of Mr. Stephens from October 18, 2006 to a later date and states as follows:

1. Mr. Cooper has planned a vacation with his wife Lesley to Italy for two weeks in October. October 14 to October 30, 2006. Mr. Cooper departs from Atlanta October 14. He arrives back in Atlanta in the evening of October 30, 2006.

2. Mr. Cooper's airline tickets and hotel accommodations has all been prepaid.

3. A continuance would allow Mr. Cooper to continue to have a happy marriage and not unduly impede the processes of justice.

Wherefore the defendant requests the following relief:

1. That the sentencing be continued to a later date. All other appropriate relief.


RESPECTFULLY SUBMITTED,


s/ James R. Cooper, Jr.
James R. Cooper, Jr.  (COO021)
COOPER & COOPER
312 Scott Street

        Montgomery, Alabama 36104
        (334) 262-4887
        (334) 262-4880 (Facsimile)

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this the 11nd day of August, 2006 , I have served a copy of the foregoing Motion to Continue  Upon Mr. Brunson, AUSA  , at the last known address of: P.O. Box 197, Montgomery, Al  By placing a copy of the same in the United States Mail properly addressed and postage prepaid and electronically.


        s/James R. Cooper, Jr.
        JAMES R. COOPER, JR.

Cc:
Ted Stephens
Montgomery City Jail