IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 1:06-cr-011-MEF |
| | ) | |
| TED DEWAYNE STEPHENS | ) | |

## **O R D E R**

Upon consideration of the defendant's Motion to Continue Sentencing (Doc. #36) filed on August 11, 2006, it is hereby

ORDERED that the motion is GRANTED. The Court notes that this is the second Motion to Continue filed by the Defendant (see Doc #34). While it is the Court's desire manage its docket in a way so as not to impede the interest of justice it must also consider the impact of its hearings on those participants to the process. While it would have been better for Mr. Cooper to have included suggested dates which would have taken into account his family vacation and to allow counsel "to continue to have a happy marriage," such was not proposed and this Court was left to reset this matter for a time convenient with its own schedule. Having now considered the renewed Motion to Continue Sentencing (Doc #36) and there being no objection to the Motion the interests of justice and the continued happy marriage of Mr. Cooper warrant a continuance in this case. Therefore the sentencing hearing set for October 18, 2006 is continued to November 2, 2006 at 9:00 A.M. in the United States Courthouse, One Church Street, Courtroom 2A, Montgomery, Alabama.

DONE this the 15th day of August, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE