IN THE UNITED STATES FEDERAL DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>      Plaintiff, | *<br>*<br>* |
| vs. | *   CR. NO. 1:06cr11-MEF<br>* |
| TED DEWAYNE STEPHENS<br>      Defendants. | *<br>* |

### MOTION TO CONTINUE SENTENCING

　　COMES, James R. Cooper, Jr. who on behalf of his client Ted Stephens, does move this Court to continue the Sentencing of Mr. Stephens from November 2 18, 2006 to a later date and states as follows:

1. Mr. Stephens has been unable to proffer to the government to this date through not fault of his, but due to a number of unforeseen circumstances.

2. The case agent in this case to whom Mr. Stephens would have normally proffered and been debriefed by is no longer with the agency.

3. Mr. Cooper made several attempts to provide Mr. Stephens to the government for a proffer session, but there was no agent to take the proffer.

4. Mr. Brunson the Assistant United States Attorney in this case attempted to find a case agent to take the proffer but was unable to do so until after Mr. Cooper left for a planned vacation.

5. Mr. Cooper offered to have his client proffer today. Unfortunately the case agent is in Opelika this day and is unable to return to take a proffer.

6. Mr. Stephens offers to proffer and cooperate fully with the government. He has done so since he plead guilty. Getting a case agent to actually sit down and take the proffer has been difficult. Getting a case agent to take a proffer is something that Mr. Stephens cannot make happen. Only the government can do that.

7. Mr. Brunson and Mr. Cooper have discussed this matter today. Mr. Brunson does not oppose this Motion. He requested that Mr. Cooper file this Motion so there would be sufficient time to take the proffer and then receive a motion for downward departure of two levels.

8. The original plea agreement called for a two level downward departure for cooperation. Mr. Brunson represents that he will file for a two level departure but only after Mr. Stephens has actually had a proffer session with the new case agent.

Wherefore the defendant requests the following relief:

1. That the sentencing be continued to a later date.

2. That Mr. Stephens be granted a two level departure despite not having been able to participate in a proffer session.

3. All other appropriate relief.

          RESPECTFULLY SUBMITTED,

          s/ James R. Cooper, Jr.
          James R. Cooper, Jr.  (COO021)
          COOPER & COOPER
          312 Scott Street
          Montgomery, Alabama 36104
          (334) 262-4887
          (334) 262-4880 (Facsimile)

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 1nd day of November, 2006 , I have served a copy of the foregoing Motion to Continue  Upon Mr. Brunson, AUSA  , at the last known address of: P.O. Box 197, Montgomery, Al  By placing a copy of the same in the United States Mail properly addressed and postage prepaid and electronically.

          s/James R. Cooper, Jr.
          JAMES R. COOPER, JR.

Cc:
Ted Stephens
P.O. Box 159
Montgomery City Jail
Montgomery, Alabama 36104