IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

UNITED STATES OF AMERICA      )
     )
v.      )      CASE NO. 1:06-cr-11-MEF
     )
TED DEWAYNE STEPHENS      )

# **O R D E R**

Upon consideration of the defendant's Motion to Continue Sentencing (Doc. #38) filed on November 1, 2006, it is hereby

ORDERED that the motion is GRANTED with respect to the request that the sentencing hearing be continued. The Court will address the other relief requested in the motion at sentencing. The sentencing hearing set for November 2, 2006 is continued to December 19, 2006 at 9:00 A.M. at the United States Courthouse, One Church Street, Courtroom 2A, Montgomery, Alabama.

DONE this 1st of November, 2006.


_____
/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE