IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 1:06-cr-11-MEF |
| | ) | |
| TED DEWAYNE STEPHENS | ) | |

### ORDER

Upon consideration of the government's motion for release of prisoner filed on December 11, 2006, and for good cause, it is ORDERED that the motion be and hereby is GRANTED.

It is hereby ORDERED that the United States Marshals Service release custody of Ted Dewayne Stephens, to Devin Whittle, DEA, on December 13, 2006, through March 13, 2007, so that said agent can take such prisoner into custody without the necessity of the presence of a Deputy United States Marshal.

It is further ORDERED that Devin Whittle, DEA, return said prisoner into the custody of the United States Marshals Service when he has finished with him.

Done this the _____ day of December, 2006.

_____
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE