IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 1:06-cr-11-MEF |
| | ) | |
| TED DEWAYNE STEPHENS | ) | |

<u>MOTION TO CONTINUE SENTENCING</u>

Comes now the United States of America, by and through its United States Attorney, Leura G. Canary, and moves this court to continue sentencing in the above-styled case and as grounds therefore says as follows:

1. The defendant is currently set for sentencing on December 19, 2006.

2. The Government and the defendant entered into a plea cooperation agreement as part of plea negotiations.

3. As a result of a prior meeting with ATF agents, Defendant Stephens gave certain information concerning activities involving controlled substances in the Middle District of Alabama. It is necessary that Defendant Stephens meet with DEA agents, to complete this cooperation agreement before the Government can file an amended downward departure motion in this case.

4. It is believed that the cooperation agreement can be fulfilled within two (2) months as of the date of this filing.

5. The Government requests a continuance of sixty (60) days.

6. The undersigned has contacted James Cooper, Jr., attorney for defendant, who has no objection to this request.

Wherefore, the above premises considered, the United States respectfully requests the Court to continue the sentencing in the above-styled matter.

Respectfully submitted this 11th day of December, 2006.

        LEURA G. CANARY
        UNITED STATES ATTORNEY


        /s/ Kent B. Brunson
        KENT B. BRUNSON
        Assistant United States Attorney
        Bar Number: ASB-3094-U62K
        One Court Square, Suite 201
        Montgomery, Alabama 36104
        Telephone: (334) 223-7280
        Fax: (334) 223-7135
        E-mail: kent.brunson@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 1:06-cr-11-MEF |
| | ) | |
| TED DEWAYNE STEPHENS | ) | |

CERTIFICATE OF SERVICE

I hereby certify that on December 11, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

James Cooper, Jr.

Respectfully submitted,

LEURA GARRETT CANARY
UNITED STATES ATTORNEY


/s/ Kent B. Brunson
KENT B. BRUNSON
Assistant United States Attorney
Bar Number: ASB-3094-U62K
One Court Square, Suite 201
Montgomery, Alabama 36104
Telephone: (334) 223-7280
Fax: (334) 223-7135
E-mail: kent.brunson@usdoj.gov