IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA  ) | |
| ) | |
| v.  ) | CASE NO. 1:06-cr-011-MEF |
| ) | |
| TED DEWAYNE STEPHENS  ) | |

## **O R D E R**

It is hereby ORDERED that the sentencing hearing set in this case for March 14, 2007 is continued to March 28, 2007 at 9:00 A.M. in the United States Courthouse, One Church Street, Courtroom 2A, Montgomery, Alabama.

DONE this 15th day of December, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE