IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 1:06-cr-011-MEF |
| | ) | |
| TED DEWAYNE STEPHENS | ) | |

**UNITED STATES' MOTION FOR DOWNWARD DEPARTURE**

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and Kent B. Brunson, Assistant United States Attorney for the Middle District of Alabama, and pursuant to United States Sentencing Guideline Section 5K1.1 moves for a four (4) level downward departure in the defendant's total offense level. This request is based upon the following:

The defendant provided the Bureau of Alcohol, Tobacco, Firearms & Explosives and the Drug Enforcement Administration with substantial information which corroborated the information given by other individuals.

WHEREFORE, for the reason set forth above and pursuant to U.S.S.G. § 5K1.1, the government is satisfied the defendant is entitled to a four (4) level reduction in his total offense level.

Respectfully submitted this the 5th day of March, 2007.

                              LEURA G. CANARY
                              UNITED STATES ATTORNEY

                              /s/ Kent B. Brunson
                              KENT B. BRUNSON
                              Assistant United States Attorney
                              Bar Number: ASB-3094-U62K
                              One Court Square, Suite 201
                              Montgomery, Alabama 36104
                              Telephone: (334) 223-7280
                              Fax: (334) 223-7135
                              E-mail: kent.brunson@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 1:06-cr-011-MEF |
| | ) | |
| TED DEWAYNE STEPHENS | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on March 5, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: James Cooper, Jr., Esq.

Respectfully submitted,

LEURA G. CANARY
UNITED STATES ATTORNEY


/s/ Kent B. Brunson
KENT B. BRUNSON
Assistant United States Attorney
Bar Number: ASB-3094-U62K
One Court Square, Suite 201
Montgomery, Alabama 36104
Telephone: (334) 223-7280
Fax: (334) 223-7135
E-mail: kent.brunson@usdoj.gov