IN THE UNITED STATES FEDERAL DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　Plaintiff, | *<br>*<br>* |
| vs. | *　　CR. NO. 1:06cr11-MEF<br>* |
| TED DEWAYNE STEPHENS<br>　　　Defendants. | *<br>* |

## MOTION TO CONTINUE SENTENCING

COMES, James R. Cooper, Jr. who on behalf of his client Ted Stephens, does move this Court to continue the Sentencing of Mr. Stephens from March 30, 2007, beginning at 10:00 A.M. and states as follows:

1. Mr. Stephens was to be sentenced March 28, 2007, at 10:00 A.M. That time and date were clear for Mr. Cooper.

2. On March 23, 2007, that sentencing was continued until March 30, 2007, beginning at 10:00 A.M. Mr. Cooper was unaware of this until he arrived at his office Monday March 26, 2007. Mr. Cooper has a conflict at that time.

3. Mr. Cooper represents the Alabama Board of Medical Examiners in the disciplinary process against doctors. He is involved in the prosecution of a case involving the performance of unnecessary echocardiograms and duplex carotid scans. His expert witness is Dr. William Kirby of Birmingham, Alabama.

4. Dr. Kirby made time to review 23 patient records with Mr. Cooper on March 30, beginning at 10:00 A.M. at Dr. Kirby's offices in Birmingham. This review was to be an all day review.

5. This is the only time in the near future that Mr. Cooper and Dr. Kirby could meet.

6. Mr. Cooper has no conflicts with sentencing on Wednesday the 28th of March, the 4th, 11th, 18th or 25th of April and Friday April the 6th and 13th in the morning, and anytime on Friday April the 20th and 27th.

Wherefore the defendant requests the following relief:

1. That the sentencing be continued to a later date. All other appropriate relief.

                                          RESPECTFULLY SUBMITTED,

                                          s/ James R. Cooper, Jr.
                                          James R. Cooper, Jr.  (COO021)
                                          COOPER & COOPER
                                          312 Scott Street
                                          Montgomery, Alabama 36104
                                          (334) 262-4887
                                          (334) 262-4880 (Facsimile)

## **CERTIFICATE OF SERVICE**

       I hereby certify that on this the 26nd day of March, 2007 , I have served a copy of the foregoing Motion to Continue  Upon Mr. Brunson, AUSA  , at the last known address of: P.O. Box 197, Montgomery, Al  By placing a copy of the same in the United States Mail properly addressed and postage prepaid and electronically.

                                          s/James R. Cooper, Jr.
                                          JAMES R. COOPER, JR.

Cc:
Ted Stephens
Montgomery City Jail